UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Devin Maurice Williams          Docket No. 7:09-CR-113-1BO

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Devin Maurice Williams, who, upon an earlier plea of guilty to Possession of Ammunition by Felon, in violation of 18 U.S.C. §§922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on April 5, 2010, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Devin Maurice Williams was released from custody on October 17, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release, Williams has submitted to urine testing monthly and a test taken on December 4, 2014, was returned positive for marijuana. Williams admitted to smoking marijuana prior to the test and has admitted to smoking again around December 25, 2014. As such, we are requesting the court continue supervision but impose conditions requiring him to serve 2 days in jail, attend drug aftercare treatment, and participate in the DROPS program to address any future drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Devin Maurice Williams
Docket No. 7:09-CR-113-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2030 |
| | Executed On: January 14, 2015 |

### ORDER OF THE COURT

Considered and ordered this __14__ day of __January__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge